**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-1110**

———————

In re: WELDON EUGENE HOLTZCLAW, JR.,

　　　　Petitioner.

———————

On Petition for Writ of Habeas Corpus.

———————

Submitted:　July 23, 2026　　　　　　　　　　Decided:　July 28, 2026

———————

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Weldon Eugene Holtzclaw, Jr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., a South Carolina pretrial detainee, petitions this court for a writ of habeas corpus. It is "uniformly" settled that a Court of Appeals has no jurisdiction to entertain a petition for an original writ of habeas corpus. *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004); *see* 28 U.S.C. § 2241(a). We therefore lack jurisdiction over the petition. We further conclude that transfer of the petition to the district court is not "in the interest of justice." 28 U.S.C. § 1631.

Accordingly, we deny Holtzclaw's pending appellate motions, and we dismiss the petition for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*